UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PILLSBURY DATA BREACH LITIGATION | 25 Civ. 9613 (KPF)<br>**ORDER** |

The Court has received Plaintiffs' Consolidated Complaint, which was signed and submitted by additional counsel for Plaintiffs and the Proposed Class in addition to the interim co-lead class counsel appointed by this Court. (Dkt. #16).  In its December 4, 2025 Order, the Court specifically denied Plaintiffs' motion to appoint liaison counsel and an executive committee.  (Dkt. #9).  In doing to, the Court offered the following observation:  "These additional appointments are not contemplated by the Federal Rules of Civil Procedure and are unnecessary to move this litigation forward."  (*Id.* at 3).  It is therefore troubling to the Court that in the Consolidated Complaint, additional counsel have appeared.  Moving forward, the Court urges interim co-lead class counsel to adhere more carefully to the Court's orders.  Any unappointed counsel shall not appear on the docket for submissions, fee requests, or any other purposes.

Dated:   January 6, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge