**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PILLSBURY DATA BREACH LITIGATION | Case No.: 1:25-cv-09613-KPF |

**JOINT MOTION TO STAY ALL DEADLINES PENDING MEDIATION**

Plaintiffs Allison Archer, Martin Chavira-Hernandez, and Frederico Reyes ("Plaintiffs") and Defendant Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") (together with Plaintiff, the "Parties") hereby move for a stay of all deadlines, including responsive pleading and discovery deadlines, pending the Parties' upcoming July 7, 2026 mediation. Good cause exists as follows:

1. On November 18, 2025, Plaintiff filed her Complaint against Pillsbury. ECF No. 1.

2. On November 19, 2025, Plaintiff served Pillsbury with a copy of her Complaint. ECF No. 5.

3. On December 2, 2025, Plaintiffs filed their unopposed motion to consolidate and appoint interim class counsel. ECF No. 8.

4. On December 4, 2025, the Court granted the motion to consolidate and appoint interim class counsel. ECF No. 9.

5. On January 5, 2026, Plaintiffs filed their Consolidated Complaint. ECF No. 16.

6. On March 27, 2026, Defendant filed its motion to dismiss. ECF Nos. 29-30.

7. Plaintiffs' response in opposition to Defendant's motion to dismiss is currently due May 1, 2026.

8.     In the interim, Pillsbury and Plaintiffs have agreed to mediate the case on July 7, 2026 before experienced class action mediator Bob Meyer.

9.     A stay of all deadlines will conserve judicial and party resources while the Parties' attempt an amicable resolution of this matter.

10.     As such, the Parties jointly request a stay of all deadlines in this case, including discovery deadlines and the deadline for Plaintiffs to file their opposition to the motion to dismiss, until 30 days after the mediation, up to and including August 4, 2026.

11.     The Parties will, with Court approval, file a joint status report on the outcome of the mediation by July 21, 2026. In the event that mediation does not result in an agreed settlement, the Parties will propose a renewed briefing schedule in this joint status report.

12.     Further good cause exists as this matter is in its early stages and the stay requested herein will neither cause excessive delay in the litigation nor prejudice the parties.

WHEREFORE, the Parties respectfully request the Court stay all deadlines in this case, including discovery deadlines and the deadline for Plaintiffs to file their opposition to the motion to dismiss.

Dated: April 28, 2026

Respectfully submitted,

By: /s/  Gary M. Klinger_____
Gary M. Klinger (admitted *pro hac vice*)
**MILBERG PLLC**
227 W. Monroe Street, Sutie 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Scott Edward Cole, Esq. (PRO HAC?)
Laura Van Note, Esq. (PRO HAC?)
**COLE & VAN NOTE, LLP**
555 12th Street, Suite 2100
Oakland, California 94607
Tel: 510-891-9800

- 2 -

Email: sec@colevannote.com
Email: lvn@colevannote.com

*Inteirm Co-Lead Counsel for Plaintiffs and the
Proposed Class*

James E. Cecchi (NY Bar No. 2379113)
Jason H. Alperstein (NY Bar. No. 4904983)
**CARELLA, BYRNE, CECCI, BRODY
AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07069
Tel: (973) 994-1700
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

Avi Mermelstein, Esq. (NY Bar No. 5184882)
**ARENSON, DITTMAR & KARBAN**
420 Lexington Avenue, Suite 1402
New York, New York 10170
Tel: 212 490 3600
Fax: 212 986 1952
avi@adklawfirm.com

Steven P. Sukert (NY Bar No. 5690532)
Jeff Ostrow (*PRO HAC?*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
sukert@kolawyers.com
ostrow@kolawyers.com

Jonathan Shub (NY Bar No. 4747739)
Benjamin F. Johns (*PRO HAC?*)
Samantha E. Holbrook (*PRO HAC?*)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 14928
Tel: (610) 477-8380
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Additional Counsel for Plaintiffs and the Proposed Class*

**SHOOK, HARDY & BACON LLP**

<u>*/s/ Michael Rayfield*</u>
Michael Rayfield
SHOOK, HARDY & BACON LLP
1 Rockefeller Plaza, Suite 2801
New York, NY 10020
Telephone:    (212) 779-6110
Email:          mrayfield@shb.com
Alfred J. Saikali (*pro hac vice)*
Jennifer A. McLoone (*pro hac vice*)
Citigroup Center, Suite 3200
201 South Biscayne Blvd
Miami, FL 33131
Telephone:    (305) 358-5171
Email:          asaikali@shb.com
                   jmcloone@shb.com

*Attorneys for Defendant Pillsbury Winthrop Shaw Pitman LLP*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I caused to be electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Gary M. Klinger*
Gary M. Klinger